UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL NO.: 6:06-CV-86-KKC

ANTHONY WASHINGTON,                                                              PETITIONER,

vs:                                           **OPINION & ORDER**

SUZANNE R. HASTINGS, WARDEN                                           RESPONDENT.

This matter is before the Court upon the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Rec. Nos. 1, 8) filed by the Petitioner; the Motion to Dismiss filed by the Respondent (Rec. No. 25); and the Petitioner's Motion for Discovery and Evidentiary Hearing (Rec. No. 28). Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a report and recommendation on January 12, 2007 (Rec. No. 31). Based on a review of the record and the applicable case law, the Magistrate Judge recommended that Petitioner's petition for writ of habeas corpus be dismissed and Petitioner's motion for discovery be denied, and that Respondent's motion to dismiss be granted.

On January 25, 2007, Petitioner filed objections (Rec. No. 32) to the Magistrate Judge's report and recommendation. This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Having considered Petitioner's objections and having made a *de novo* determination, the Court finds the Petitioner's objections to be without

merit and hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's report and recommendation (Rec. No. 31) is ADOPTED as and for the opinion of the Court;

(2) Petitioner's objections to the Magistrate Judge's report and recommendation (Rec. No. 32) are OVERRULED;

(3) Respondent's Motion to Dismiss (Rec. No. 25) is GRANTED;

(4) Petitioner's petition for a writ of habeas corpus (Rec. Nos. 1 and 8) is DISMISSED;

(5) Petitioner's Motion for Discovery and Evidentiary Hearing (Rec. No. 28) is DENIED as moot; and

(6) Judgment will be entered contemporaneously with this opinion and order in favor of Respondent.

This the 30th day of March, 2007.

Signed By:
*Karen K. Caldwell*
**United States District Judge**