UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL NO.: 7:06-CV-86-KKC

ANTHONY WASHINGTON,                                                                 PETITIONER,

vs:                                              **OPINION & ORDER**

SUZANNE R. HASTINGS, WARDEN,                                                     RESPONDENT.

This matter is before the court on the Order of the Sixth Circuit Court of Appeals remanding the matter to this court for the sole purpose of determining whether to grant a Certificate of Appealability ("COA"). A COA may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The substantial showing threshold is satisfied when a petitioner demonstrates "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

For the reasons stated in the Report and Recommendation (Rec. No. 31) adopted by the court by Order dated March 30, 2007 (Rec. No. 33), no reasonable jurist would find this court's assessment of the Petitioner's constitutional claims debatable or wrong. Accordingly, it is hereby ORDERED that a Certificate of Appealability SHALL NOT BE ISSUED in this action.

Dated this 13th day of November, 2007.



Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**